# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 22-80210  
**Case Name:** THOMPSON MILLWORK, LLC - C7  
**For Period Ending:** 03/31/2023

**Trustee Name:** (530480) Brian R. Anderson  
**Date Filed (f) or Converted (c):** 02/24/2023 (c)  
**§ 341(a) Meeting Date:** 04/06/2023  
**Claims Bar Date:** 05/05/2023

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | Cash on hand | 40,000.00 | 40,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | Checking Account at First National Bank, xxxxxx7031 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | Checking Account at Atlantic Union Bank, xxxxxx9541 | 302.91 | 302.91 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | A/R 90 days old or less. Face amount = $75,879.95. Doubtful/Uncollectible accounts = $0.00. | 75,879.95 | 75,879.95 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | A/R Over 90 days old. Face amount = $218,734.00. Doubtful/Uncollectible accounts = $0.00. | 218,734.00 | 218,734.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | Computers, moniters, etc. $2. Valuation Method: Liquidation | 10,000.00 | 10,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | 2011 Ford van (VIN 8957) Kelly Blue Book trade-in value. Valuation Method: Liquidation | 6,534.00 | 6,534.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | 2000 Ford box truck (VIN 1885) Craig's List comp. Valuation Method: Comparable sale | 5,000.00 | 5,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | 2011 Honda Piiot (VIN 5007) Kelly Blue Book. Valuation Method: Liquidation | 4,991.00 | 4,991.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10 | 2003 Toyota Matrix (VIN 0746} Kelly Blue Book trade-in value. Valuation Method: Liquidation | 1,492.00 | 1,492.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | 2005 Mercury Mariner (VIN: 9258) Kelly Blue Book trade-in value. Valuation Method: Liquidation | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | 1994 Chevrolet truck (VIN 6678) Kelly Blue Book trade-in value. Valuation Method: Liquidation | 455.00 | 455.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | Ascentium LED light upfit. Valuation Method: Liquidation | 5,000.00 | 5,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14 | Biesse Rover A Router. Valuation Method: Liquidation | 125,000.00 | 0.00 | | 0.00 | FA | 293,092.00 | 0.00 |
| 15 | Superfici drying oven. Valuation Method: Liquidation | 200,000.00 | 0.00 | | 0.00 | FA | 576,000.00 | 0.00 |
| 16 | Biesse Drill. Valuation Method: Liquidation | 70,000.00 | 0.00 | | 0.00 | FA | 144,000.00 | 0.00 |
| 17 | Superfici spray line. Valuation Method: Liquidation | 200,000.00 | 0.00 | | 0.00 | FA | 450,000.00 | 0.00 |
| 18 | Scheliing Saw. Valuation Method: Liquidation | 120,000.00 | 0.00 | | 0.00 | FA | 266,802.00 | 0.00 |
| 19 | Tools, industrial carts, fork-lifts, materials, etc.. | 50,000.00 | 50,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20 | Potential cause of action against Cleora Sterling Corp., Breach of Contract. Amount Requested: $0.00 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 21 | Post Petition Receivable - CKS Millwork CKS Millwork / Tower at Cardinal Project. Contract done 2/1/23 | 5,000.00 | 5,000.00 | | 10,000.00 | 0.00 | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 22-80210 | Trustee Name: | (530480) Brian R. Anderson |
| --- | --- | --- | --- |
| Case Name: | THOMPSON MILLWORK, LLC - C7 | Date Filed (f) or Converted (c): | 02/24/2023 (c) |
| | | § 341(a) Meeting Date: | 04/06/2023 |
| For Period Ending: | 03/31/2023 | Claims Bar Date: | 05/05/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 22 | Post Petition Receivable - Cleora Sterling Corporation<br>Post petition receivables from Cleora Sterling Corporation.<br><br>PO No. 23-1003, Invoice No. 29345-1<br>PO No. 23-1002, Invoice No. 29290-1<br>PO No. 22-1096, Invoice No. 28976-5<br>PO No. 23-1005, Invoice No. 29346-1<br>PO No. 23-1004, Invoice No. 29347 | 8,743.80 | 8,743.80 | | 8,743.80 | 0.00 | 0.00 | 0.00 |
| 23 | Post Petition Receivable - Crowder Construction Company<br>Crowder Construction / Benton Water Project no. 20-1126  Contract date 8/12/20. | 200.00 | 200.00 | | 200.00 | 0.00 | 0.00 | 0.00 |
| 24 | Chp 11 IOLTA Trust Account - Escrowed Funds (u)<br>Funds escrowed for Chapter 11 professional fees in Debtor's counsel IOLTA trust account during the Chapter 11 case.  Check received from Sasser Law Firm. | 12,500.00 | 12,500.00 | | 12,500.00 | FA | 0.00 | 0.00 |
| 25* | Post Petition Receivable - Cleora Sterling Corporation (u) (See Footnote) | 16,265.00 | 16,265.00 | | 16,265.00 | 0.00 | 0.00 | 0.00 |
| **25** | **Assets Totals (Excluding unknown values)** | **$1,176,347.66** | **$461,347.66** | | **$47,708.80** | **$0.00** | **$1,729,894.00** | **$0.00** |

RE PROP# 25    PO No. 23-1006; Invoice No. 29348-1; $12,440
             PO No. 23-1009; Invoice No. 29351-1; $3,825

_____

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

1st QSR.  Case converted to chapter 7 on 2/24/23.  Wound down Debtor operations.  Collecting accounts receivable.  Investigating liquidation of remaining assets.

*Bank account open.

**Initial Projected Date Of Final Report (TFR):**   04/06/2024      **Current Projected Date Of Final Report (TFR):**   04/06/2024

| | |
| --- | --- |
| 04/05/2023 | /s/Brian R. Anderson |
| Date | Brian R. Anderson |

Copy Served On:  Mr. William P. Miller
                 Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 22-80210 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | THOMPSON MILLWORK, LLC - C7 | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7145 | Account #: | ******1635 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/08/23 | {21} | Cabinet Craftsmen Specialties | Post C7 Receivable - CKS Millwork/Tower at Cardinal Project - contract date 2/1/23 | 1129-000 | 5,000.00 | | 5,000.00 |
| 03/08/23 | {22} | Cleora Sterling Corporation | Post Petition Receivable from CLEORA STERLING ACH CREDIT CCD | 1129-000 | 8,743.80 | | 13,743.80 |
| 03/16/23 | 101 | Duke Energy | Electricity Service for period Feb 23, 2023 to March 8, 2023 | 2990-000 | | 1,788.63 | 11,955.17 |
| 03/16/23 | 102 | Rebecca Crapo | Bookkeeping Services for week of March 6 - March 10, 2023 | 2990-000 | | 187.50 | 11,767.67 |
| 03/17/23 | {21} | Cabinet Craftsmen Specialities | Post Petition Receivable - CKS Millwork / Tower at Cardinal Project. Contract done 2.1.23 | 1129-000 | 5,000.00 | | 16,767.67 |
| 03/17/23 | {23} | Crowder Construction Company | Post Petition Receivable from Crowder Construction Company | 1129-000 | 200.00 | | 16,967.67 |
| 03/17/23 | 103 | Aetna | Group Number: *********-1002 | 2690-000 | | 4,948.40 | 12,019.27 |
| 03/21/23 | 104 | International Sureties LTD | Bond #016036434 - Term 3/1/23 thru 3/1/24 | 2300-000 | | 62.56 | 11,956.71 |
| 03/22/23 | {24} | Travis Sasser Attorney at Law Trust Account | Funds escrowed for Chp 11 professional fees in Debtor's counsel IOLTA trust account during the Chp 11 case. | 1290-000 | 12,500.00 | | 24,456.71 |
| 03/22/23 | {25} | Cleora Sterling Corpoation | CLEORA STERLING ACH CREDIT CCD for PO No. 23-1006; Invoice No. 29348-1; $12,440 and PO No. 23-1009; Invoice No. 29351-1; $3,825 | 1290-000 | 16,265.00 | | 40,721.71 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 32.12 | 40,689.59 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 4 | Deposits | 22,700.00 | 4 | Checks | 6,987.09 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 32.12 |
| | Subtotal | 22,700.00 | 0 | Transfers Out | 0.00 |
| 2 | Adjustments In | 25,008.80 | | Total | 7,019.21 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 47,708.80 | | | |

Page Subtotals:   $47,708.80   $7,019.21

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| | | | |
|---|---|---|---|
| **Case No.:** | 22-80210 | **Trustee Name:** | Brian R. Anderson (530480) |
| **Case Name:** | THOMPSON MILLWORK, LLC - C7 | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7145 | **Account #:** | ******1635 Checking |
| **For Period Ending:** | 03/31/2023 | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $47,708.80 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $47,708.80 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1635 Checking | $47,708.80 | $7,019.21 | $40,689.59 |
| | **$47,708.80** | **$7,019.21** | **$40,689.59** |

| | |
|---|---|
| 04/05/2023 | /s/Brian R. Anderson |
| Date | Brian R. Anderson |